USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 9, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAI WENJUN,

               Plaintiff,

– against –

LI KEQIANG, and XI JINPING,

               Defendants.

**ORDER**

16 Civ. 7314 (ER)

Ramos, D.J.:

On September 19, 2016, the *pro se* plaintiff filed the above-captioned action and paid the requisite filing fees. Doc. 2. On October 14, 2016, the Court granted plaintiff leave to file an amended complaint, Doc. 3, which she filed on December 19, 2016. On February 2, 2017, a summons was issued for Li Keqiang ("Li"). On April 4, 2017, plaintiff filed a second amended complaint. Doc. 7. On June 9, 2017, the summons for Li was returned as having been executed on May 16, 2017, by service made by mail. Doc. 9. There has been no communication from the plaintiff since then.

The plaintiff is ORDERED to file a status report by May 2, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:    April 9, 2020
             New York, New York

                                                                  Edgardo Ramos, U.S.D.J.

                                                                   Copies Mailed
                                                                   Chambers of Edgardo Ramos