Copies Mailed
Chambers of Edgardo Ramos

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 5, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAI WENJUN,

                           Plaintiff,

        – against –

LI KEQIANG, and XI JINPING,

                        Defendants.

**ORDER**

16 Civ. 7314 (ER)

---

Ramos, D.J.:

      On September 19, 2016, the *pro se* plaintiff filed the above-captioned action and paid the requisite filing fees. Doc. 2. On October 14, 2016, the Court granted plaintiff leave to file an amended complaint, Doc. 3, which she filed on December 19, 2016. On February 2, 2017, a summons was issued for Li Keqiang ("Li"). On April 4, 2017, plaintiff filed a second amended complaint. Doc. 7. On June 9, 2017, the summons for Li was returned as having been executed on May 16, 2017, by service made by mail. Doc. 9. Since then, plaintiff has not had any communication with the Court. On April 9, 2020, the Court ordered plaintiff to file a status report by May 2, 2020. Doc. 10. In that order, the Court warned plaintiff that failure to do so would result in dismissal of the instant action for failure to prosecute. *Id*. As of the date of this order, plaintiff has not complied with the May 2 Order.

Accordingly, it is hereby

ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   May 5, 2020
         New York, New York

                                                  Edgardo Ramos, U.S.D.J.